**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNELL EARL WOODS, | No. EDCV 03-990-DSF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL ADAMS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 9/27/10

                                                                    DALE S. FISCHER
                                                                    United States District Judge